# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| KIM MCMULLEN, | : | No. 18 MM 2020 |
| Petitioner | : | |
| v. | : | |
| HUNTINGDON COURT OF COMMON PLEAS, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for "Writ of Mandamus" is DENIED.